STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, IN THE INTEREST OF R. W., A JUVENILE, DEFENDANT-APPELLANT.

Argued June 5, 1972—Decided July 7, 1972.

*Mr. Stephen Apollo,* Assistant Deputy Public Defender, argued the cause for defendant-appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney; *Mr. Stephen Apollo,* Assistant Deputy Public Defender, of counsel and on the brief, and *Mr. Edward Nussbaum,* Legal Assistant, on the brief).

*Mr. John P. Goceljak,* Assistant Prosecutor, argued the cause for plaintiff-respondent (*Mr. Joseph D. J. Gourley,* Passaic County Prosecutor, attorney; *Mr. John P. Goceljak,* Assistant Prosecutor, of counsel).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed in the opinion of Judge Gaulkin in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN.—7.

*For reversal*—None.